OPINION — AG — " THE QUESTION ARISES AS TO WHETHER MR. J. ROY COCKE IS THE DEMOCRATIC NOMINEE BY VIRTUE OF THE QUESTIONABLE WITHDRAWAL OF MR. FRED W. MARTIN AND IS ENTITLED TO A CERTIFICATE OF NOMINATION BY THE STATE ELECTION BOARD ? " — THE COUNTY ELECTION BOARD DIRECTED THE PRINTER OF THE COUNTY BALLOTS OF WAGONER COUNTY TO LEAVE OFF THE NAMES OF BOTH DEMOCRATIC CANDIDATES. CITE: 26 O.S. 163 [26-163], 26 O.S. 168.1 [26-168.1] 26 O.S. 168.2 [26-168.2], ARTICLE V, SECTION 30 (FRED HANSEN)